JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

KATHERINE B. DOWLING (CABN 220767)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California  94102
   Telephone:     (415) 436-6833
   Facsimile:      (415) 436-7234
   Katherine.Dowling@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR No. 08-0659 MHP |
|     Plaintiff, ) ) | STIPULATION AND [~~PROPOSED~~] ORDER EXCLUDING TIME UNDER 18 U.S.C. § 3161 |
| v. ) ) | |
| PANFILO VENEGAS-VENEGAS, ) ) | |
|     Defendant. ) ) | |

    On September 29, 2008, the parties appeared before the Court for trial setting. On September 29, 2008, the Court set November 17, 2008 for a continued trial setting date and/or status conference. The Court agreed to exclude all time under the Speedy Trial Act between September 29, 2008 and November 17, 2008, for continuity of counsel and effective preparation of counsel. 18 U.S.C. § 3161(h)(8)(B)(iv). Counsel for defendant will be in trial during portions of that time period. The parties and Court agreed that the ends of justice served by granting such a continuance for continuity of counsel and effective preparation of counsel outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A). Based on

the exclusion of time through November 17, 2008, defendant's speedy trial date will be January 26, 2008.

SO STIPULATED:

        JOSEPH P. RUSSONIELLO
        United States Attorney

DATED: October 3, 2008        /s/
        KATHERINE B. DOWLING
        Assistant United States Attorney

DATED: October 3, 2008        /s/
        JODI LINKER
        Attorney for Defendant

    Failure to grant an exclusion of time for the requested continuance would deny counsel for defendant reasonable time necessary for effective preparation of counsel and would deny defendant continuity of counsel. 18 U.S.C. § 3161(h)(8)(B)(iv). Therefore, the Court finds that exclusion of time from September 29, 2008 through November 17, 2008, is warranted because the ends of justice served by the exclusion of time outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

SO ORDERED.

DATED:  10/6/2008                       HON. MARILYN H. PATEL
                                           United States

*IT IS SO ORDERED — Judge Marilyn H. Patel* (stamp/signature)