JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

KATHERINE B. DOWLING (CABN 220767)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California  94102
    Telephone:     (415) 436-6833
    Facsimile:      (415) 436-7234
    Katherine.Dowling@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR No. 08-0659 MHP |
|     Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER 18 U.S.C. § 3161 |
| v. ) | |
| PANFILO VENEGAS-VENEGAS, ) | |
|     Defendant. ) | |

    The parties are scheduled to appear again before the Court on February 9, 2009 for a change of plea. At the prior status conference on February 2, 2009, the Court agreed to exclude all time under the Speedy Trial Act between February 2, 2009 and February 9, 2009 for continuity of counsel. 18 U.S.C. § 3161(h)(8)(B)(iv).  The parties and Court agreed that the ends of justice served by granting such a continuance for continuity of counsel outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).  Based on the exclusion of time through February 9, 2009, defendant's speedy trial date will be April 20, 2009.

STIP. & [PROPOSED] ORDER EXCL. TIME
CR 08-0659 MHP                                                                                                   1

1  SO STIPULATED:

                              JOSEPH P. RUSSONIELLO
                              United States Attorney

5  DATED February 5, 2009         /s/
                              KATHERINE B. DOWLING
                              Assistant United States Attorney

8  DATED: February 5, 2009         /s/
                              JODI LINKER
                              Attorney for Defendant

   Failure to grant an exclusion of time for the requested continuance would deny counsel for defendant reasonable time necessary for continuity of counsel. 18 U.S.C. § 3161(h)(8)(B)(iv). Therefore, the Court finds that exclusion of time from February 2, 2009 through February 9, 2009, is warranted because the ends of justice served by the exclusion of time outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

SO ORDERED.

DATED: 2/11/2009

                              IT IS SO ORDERED
                              Judge Marilyn H. Patel

STIP. & [PROPOSED] ORDER EXCL. TIME
CR 08-0659 MHP                                                                    2