BARRY J. PORTMAN
Federal Public Defender
JODI LINKER
Assistant Federal Public Defender
19th Floor Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant VENEGAS-VENEGAS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-08-659 MHP |
|---|---|---|
| | ) | |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING HEARING |
| | ) | |
| v. | ) | |
| | ) | |
| PANFILO VENEGAS-VENEGAS, | ) | |
| | ) | |
| Defendant. | ) | |

A sentencing hearing in the above-captioned case is scheduled before this Court for Monday, March 9, 2009 at 9:00 am. Defense counsel just learned that she will be out of town at that time, and therefore unavailable for the hearing.

///

///

///

///

///

///

///

1        Accordingly, the parties jointly request that the sentencing hearing be continued for two

2 weeks until March 23, 2009 at 9:00 am.

3        IT IS SO STIPULATED.

4

5 February 24, 2009                  /s/
   DATED                          JODI LINKER
6                                      Assistant Federal Public Defender

7

8 February 24, 2009                  /s/
   DATED                          KATHERINE B. DOWLING
9                                      Assistant United States Attorney

10

11        IT IS SO ORDERED.

12

13    2/25/2009
   DATED                        MARILYN HALL PATEL
14                                    United States District Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Marilyn H. Patel]*

15

16

17

18

19

20

21

22

23

24

25

26

*US v. Venegas-Venegas;* CR-08-659 MHP;
STIP & [PROPOSED] ORD. TO CONTINUE
SENTENCING HEARING          2